## Commonwealth, Appellant, *v.* Goldstein.

Argued December 11, 1968. *James D. Crawford,* Assistant District Attorney, with him *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellant; *David N. Savitt,* with him *John Patrick Walsh,* for appellee.

Order affirmed.